1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant ALDY ANTONIO
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR- 4 07 70654 WDB
                                       )
12               Plaintiff,            )    STIPULATION AND [PROPOSED]
                                       )    ORDER MODIFYING CONDITIONS OF
13  vs.                                )    PRETRIAL RELEASE
                                       )
14  ALDY ANTONIO,                      )
                                       )
15               Defendant.            )
    _____)
16

17        Aldy Antonio resides in Hercules, California.  He is fully compliant with the terms of his

18  release, one of which restricts his travel to the Northern District of California.  Mr. Antonio has

19  been providing in-home care services in Benicia, California, for Gary Matson for the past five

20  months.  Mr. Antonio is employed by Robert Matson, a psychologist and the brother of Gary

21  Matson.  Mr. Antonio wishes to continue his employment as an in-home care provider as it is his

22  only source of income.

23        For these reasons, IT IS STIPULATED AND AGREED that Mr. Antonio's travel

24  restriction be enlarged to include the Eastern District of California.  He shall continue to abide by

25  all existing conditions of his release, and such other conditions as Pretrial Services deems

26  appropriate.

STIP/ORD                              1

1

2  Dated: January 8, 2008

/S/
_____
STEPHEN G. CORRIGAN
3                                                                                Assistant United States Attorney

4

5  Date: January 7, 2008

/S/
_____
JEROME E. MATTHEWS
6                                                                                Assistant Federal Public Defender

7

8  Dated: January 7, 2008

/S/
_____
HENCE WILLIAMS
9                                                                                U.S. Pretrial Services Officer

10

11       Good cause appearing therefor, IT IS ORDERED that the conditions of Aldy Antonio's

12  pretrial release are modified to permit him to travel within the Northern and Eastern Districts of

13  California.  Mr. Antonio shall continue to abide by the existing conditions of his release, and by

14  such other conditions as Pretrial Services deems appropriate.

15

16  Dated: January ____, 2008

_____
WAYNE D. BRAZIL
17                                                                                United States Magistrate Judge

18

19

20

21

22

23

24

25

26

STIP/ORD                                                 2